In Re:

GERALD C. HOUSER, JR.                                    Case No.  11-49746-wsd
MICHELLE HOUSER                                          Chapter 7
                                                        Hon. Walter Shapero
                            Debtor(s)
                                              /
GERALD C. HOUSER, JR.
MICHELLE HOUSER,

                            Plaintiffs,

v.                                                      Adv. Case No.  11-05964-wsd

CP FEDERAL CREDIT UNION,

                            Defendant.
                                              /

## ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT
## DETERMINING THE EXTENT OF LIEN ON REAL PROPERTY

Defendant, CP FEDERAL CREDIT UNION, through its counsel, BUTLER, BUTLER &

ROWSE-OBERLE, P.L.L.C., for its Answer to Complaint, states as follows:

1.      Paragraph One does not contain an allegation to which a response is required.

2.      Defendant neither admits nor denies the allegations contained in Paragraph Two and

        leaves Plaintiffs to their proofs.

3.      Defendant admits the allegations contained in Paragraph Three.

4.      Defendant denies the allegations contained in Paragraph Four as they are untrue.  There is

        no §157(b)(2)(K) in Title 11.

5.      Defendant admits the allegations contained in Paragraph Five.

6.      Defendant admits the allegations contained in Paragraph Six.

7.      Defendant neither admits nor denies the allegations contained in Paragraph Seven and

        leaves Plaintiffs to their proofs.

8. Defendant neither admits nor denies the allegations contained in Paragraph Eight and leaves Plaintiffs to their proofs.

9. Defendant neither admits nor denies the allegations contained in Paragraph Nine and leaves Plaintiffs to their proofs.

10. Defendant neither admits nor denies the allegations contained in Paragraph Ten and leaves Plaintiffs to their proofs.

11. Defendant neither admits nor denies the allegations contained in Paragraph Eleven and leaves Plaintiffs to their proofs.

12. Defendant neither admits nor denies the allegations contained in Paragraph Twelve and leaves Plaintiffs to their proofs.

13. Defendant neither admits nor denies the allegations contained in Paragraph Thirteen and leaves Plaintiffs to their proofs.

14. Defendant neither admits nor denies the allegations contained in Paragraph Fourteen and leaves Plaintiffs to their proofs.

WHEREFORE, Defendant requests that the Court dismiss Plaintiffs' complaint and award such other relief as is just and equitable.

July 27, 2011                                    BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.

                                                 */s/Karen L. Rowse-Oberle*
                                                 KAREN L. ROWSE-OBERLE   (P41893)
                                                 24525 Harper Avenue
                                                 St. Clair Shores, MI 48080
                                                 (586) 777-0770
                                                 krowse-oberle@butler-butler.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

GERALD C. HOUSER, JR. and                    Chapter 7
MICHELLE HOUSER                               Case No. 11-49746-WSD
                                              Hon. Walter Shapero
            Debtor(s)
_____/
GERALD C. HOUSER, JR. and
MICHELLE HOUSER

            Plaintiff(s),

v.                                            Adv. Case No. 11-05964-WSD

CP FEDERAL CREDIT UNION
            Defendant(s).
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2011, I electronically filed an Answer to Complaint for
Declaratory Judgment Determining the Extent of Lien on Real Property foregoing Paper(s) with
Clerk of the Court using the ECF system which will send notification of such filing to the
following:


-Guy T. Conti, Attorney for Plaintiff(s)

-Douglas Ellmann, Chapter 7 Trustee


                              BUTLER, BUTLER & ROWSE-OBERLE, PLLC


                                    /S/ Bridgette Dockery
                                    Legal Assistant
                                    Butler, Butler & Rowse-Oberle, P.L.L.C.
                                    24525 Harper Avenue
                                    St. Clair Shores, MI  48080
                                    (586) 777-0770
                                    info@butler-butler.com