UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Gerald C Houser and Michelle Houser,

                      Debtor.   /

Case No.11-49746-wsd
Chapter 7
Hon. Walter Shapero

Gerald C Houser and Michelle Houser,

              Plaintiff(s),

vs.

CP Federal Credit Union,

              Defendant(s).   /

Adv. Pro. No. 11-5964

**ORDER FOR INITIAL SCHEDULING CONFERENCE
IN AN ADVERSARY PROCEEDING**

      Pursuant to Fed. R. Bankr. P. 7016 and Fed. R. Civ. P. 16, the Court will conduct a scheduling conference in Room 1029, 231 W. Lafayette Street, Detroit, Michigan on **September 1, 2011 at 1:45 p.m.** following which a scheduling order will be issued. All parties and their counsel are reminded that:

(a)    they must comply with Fed. R. Bankr. P. 7026, incorporating Fed. R. Civ. P. 26(f), requiring them to (1) confer and discuss the required subjects, and, (2) file with the Court a written report (including a discovery plan)[1] after that conference, which should take place at least 14 days before the scheduling conference; and, the required written report must be submitted at least 5 days before that scheduling conference;

      and

(b)    they must comply with Fed. R. Bankr. P. 7026, incorporating Fed. R. Civ. P. 26(a)(1), requiring specified initial disclosures to be served within 14 days after the Rule 26(f) conference (unless the parties waive the requirement in whole or in part, or extend the due date; note that any such waiver or extension should be included in the required 26(f) report).

      **If the 26(f) report is submitted 5 days before the scheduled conference that conference will not take place, and a scheduling order will be issued.**

Signed on: July 29, 2011

                                        /s/ Walter Shapero
                                        Walter Shapero
                                        United States Bankruptcy Judge

---

[1] Please use the form posted on the court's webpage: www.mieb.uscourts.gov.